# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:20-CR-00342(1)-XR |
| § | |
| (1) WILLIAM OLIVER TOWERY § | |

## ORDER SETTING SENTENCING

　　　　IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom H on the Third Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, on **Wednesday, July 13, 2022 at 01:30 PM**.

　　　　IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

　　　　IT IS SO ORDERED this 14th day of March, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE